UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 28, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARRIE ALAINE MARKIS,

Defendant.

Case No. 2:19-mj-00021-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARRIE ALAINE MARKIS ,

Case No. 2:19-mj-00021-EFB  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

x  Unsecured Appearance Bond $  250,000; $125,000 by defendant and $125,000.00 by her father, Alan Markis

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

*to be replaced by secured property bond w/in 14 days.*

(Other): To be released tomorrow 1/29/19 at 9 a.m. to Pretrial Services to transportation to residential drug

x  treatment program, Well Space, under the terms and conditions stated on the record.

Issued at Sacramento, California on January 28, 2019 at 2:35 pm

By: _____

Magistrate Judge Carolyn K. Delaney