HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARRIE ALAINE MARKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-mj-021 EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR AN ) EXTENSION TO POST SECURED |
| v. | ) PROPERTY BOND |
| CARRIE ALAINE MARKIS, | ) Judge: Hon. Edmund F. Brennan |
| Defendants. | ) |

The United States of America, through its counsel, Assistant United States Attorney Amanda Beck, and defendant, Carrie Alaine Markis, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the posting of the $250,000.00 secured property bond is extended until April 5, 2019.

On January 28, 2019, the Court ordered that a $250,000.00 secured property bond be submitted within 14 days. On February 8, 2019 the Court granted the request to extend the posting of the secured bond until February 27, 2019. The Court previously granted the request to extend time to post the secured bond until March 14, 2019.

The Deed of Trust for Ms. Markis was recorded on March 8, 2019. A copy has been provided to the government. Unfortunately, due to an error the Deed of Trust for Ms. Markis' parents was not recorded. Defense counsel requires additional time to correct the error. It is the defense's request that the complete secured property bond package be extended to April 5, 2019.

Stipulation to Extend Time -1-

| | | |
|---|---|---|
| DATED: March 14, 2019 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for CARRIE ALAINE MARKIS |
| DATED: March 14, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Amanda Beck*<br>AMANDA BECK<br>Assistant United States Attorney |

**O R D E R**

Finding good cause, the Court grants the defendant an extension to April 5, 2019 in which to post the $250,000.00 secured property bond.

Dated: March 15, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE